UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| BREANNA MELLENTINE and MEGAN CANTY ) ) ) Plaintiffs, ) v. ) ) KEDPLASMA LLC (d/b/a ) KEDPLASMA USA) and ) Kedrion Biopharma, Inc. ) ) Defendants. ) | Case No. 3:23-cv-03300 Hon. Colleen R. Lawless Mag. Judge Karen L. McNaught |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Megan Canty and Breanna Mellentine and Defendants Kedplasma LLC and Kedrion Biopharma, Inc. hereby give notice that this action is voluntarily dismissed with prejudice. Costs and fees shall be borne by the respective parties.

DATED: May 7, 2024

Respectfully submitted,

*/s/ Sarah Weitekamp*
Sarah Weitekamp (Bar No. 6346847)
1 W. Old St Capitol Plz, St. 500
Springfield, IL 62701
Telephone: 217.993.9985
sarahw@equipforequality.org

Paul W. Mollica (Bar No. 6194415)
20 North Michigan Ave., St. 300
Chicago, IL 60602
Telephone: 312.895.7350
paulm@equipforequality.org
EQUIP FOR EQUALITY
ATTORNEYS FOR PLAINTIFFS

*/s/ Sam Sedaei*
Jennifer L. Colvin (ARDC No. 6274731)
Sam Sedaei (Bar No. 6317657)
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
155 N. Wacker Dr., Suite 4300
Chicago, IL 60606
Telephone: 312.558.1220
Facsimile: 312.807.3619
jennifer.colvin@ogletree.com
sam.sedaei@ogletree.com
ATTORNEYS FOR DEFENDANTS